IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | } | |
| | } | |
| Plaintiff, | } | Criminal Action |
| | } | |
| v. | } | No. 11-<u>10101</u>-01-<u>MLB</u> |
| | } | |
| **LANNY F. PAULEY,** | } | |
| | } | |
| Defendant. | } | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about December 12, 2006, within the District of Kansas,

### LANNY F. PAULEY,

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, that is Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization, that is he stole $712.00 belonging to the Letter Carriers Union, Branch 412 in Garden City, Kansas.

In violation of Title 29, United States Code, Section 501(c).

## COUNT 2

On or about January 15, 2007, within the District of Kansas,

**LANNY F. PAULEY,**

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, that is Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization, that is he stole $872.00 belonging to the Letter Carriers Union, Branch 412 in Garden City, Kansas.

In violation of Title 29, United States Code, Section 501(c).

## COUNT 3

On or about March 1, 2007, within the District of Kansas,

**LANNY F. PAULEY,**

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization, that is he stole $695.20 belonging to the Letter Carriers Union, Branch 412 in Garden City, Kansas.

In violation of Title 29, United States Code, Section 501(c).

## COUNT 4

On or about April 9, 2007, within the District of Kansas,

**LANNY F. PAULEY,**

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, that is Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization, that is he stole $635.40 belonging to the Letter Carriers Union, Branch 412 in Garden City, Kansas.

In violation of Title 29, United States Code, Section 501(c).

### COUNT 5

On or about June 2, 2007, within the District of Kansas,

**LANNY F. PAULEY,**

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, that is Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization, that is he stole $1,700.00 belonging to the Letter Carriers Union, Branch 412 in Garden City, Kansas.

In violation of Title 29, United States Code, Section 501(c).

### COUNT 6

On or about September 10, 2007, within the District of Kansas,

**LANNY F. PAULEY,**

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, that is Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization, that is he stole $236.05 belonging to the Letter Carriers Union, Branch 412 in Garden City, Kansas.

In violation of Title 29, United States Code, Section 501(c).

## COUNT 7

On or about October 2, 2007, within the District of Kansas,

**LANNY F. PAULEY,**

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, that is Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization, that is he stole $935.00 belonging to the Letter Carriers Union, Branch 412 in Garden City, Kansas.

In violation of Title 29, United States Code, Section 501(c).

## COUNTS 8-23

On or about the dates listed below, within the District of Kansas,

**LANNY F. PAULEY,**

the defendant, did knowingly and willfully, while employed with the United States Postal Service and while serving as an officer of a labor organization, that is Secretary/Treasurer of the Letter Carriers Union, Branch 1412, in Garden City, Kansas, a labor organization engaged in an industry affecting commerce, did knowingly and intentionally embezzle, steal and convert to his own use monies, funds and property of said labor organization through the unauthorized use of the Letter Carriers Union, Branch 1412 debit card.

*Debit Card Purchases*

| Count | Date | Amount | Payee |
|---|---|---|---|
| 8 | 11/21/2006 | $39.38 | Kwik Shop |
| 9 | 11/27/2006 | $27.94 | Kwik Shop |
| 10 | 11/28/2006 | $39.74 | Presto Convenience |
| 11 | 11/29/2006 | $39.17 | Mirastar |
| 12 | 12/06/2006 | $34.72 | Kwik Shop |
| 13 | 12/22/2006 | $53.17 | Presto Convenience |
| 14 | 12/26/2006 | $22.17 | Kwik Shop |
| 15 | 01/03/2007 | $55.94 | Presto Convenience |
| 16 | 01/30/2007 | $41.22 | Dillons |
| 17 | 02/20/2007 | $45.40 | Kwik Shop |
| 18 | 11/20/2007 | $68.09 | Kwik Shop |
| 19 | 11/27/2007 | $53.40 | Kwik Shop |
| 20 | 12/10/2007 | $62.24 | Kwik Shop |
| 21 | 12/24/2007 | $38.70 | Kwik Shop |

| 22 | 12/26/2007 | $47.60 | Dillons |
| 23 | 01/02/2008 | $60.51 | Dillons |

All in violation of Title 29, United States Code, Section 501(c).

## COUNT 24

On or about February 2, 2011, in the District of Kansas,

**LANNY F. PAULEY,**

the defendant, in a matter within the jurisdiction of the U.S. Department of Labor, Office of Labor-Management Standards, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to the U.S. Department of Labor; that is the defendant provided false information regarding his receipt of monies belonging to the Letter Carriers Union, Branch 1412, Garden City, Kansas, in that he claimed to have made a loan to the Letter Carriers Union in the amount of $11,400.00, which as the defendant well knew, he had not made a loan to the Letter Carriers Union in an amount of $11,400.00.

In violation of Title 18, United States Code § 1001(a)(2).

## FORFEITURE ALLEGATION

1.  The allegations contained in Count(s) 1-23 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18 United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offenses in violation of Title 29, United States Code, Section 501(c) set forth in Counts 1-23 of this Indictment, the defendant, **LANNY**

**F. PAULEY**, shall forfeit to the United States of America, pursuant to Title 18 United States Code, Section 981(a)(1)(C) Title 28, United States Code, Section 2461(c), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense(s).  The property to be forfeited includes, but is not limited to, the following:

      A.  MONEY JUDGMENT:   A sum of money in the approximate amount of $6,515.04, representing the total amount of gross proceeds obtained as a result of the offenses in Counts 1-23.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §981 (a)(1)(C) and 28 U.S.C. § 2561(c).

A TRUE BILL

|  |  |
|---|---|
|   June 21, 2011 |   s/Foreperson |
| DATE | FOREMAN OF THE GRAND JURY |

  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)